United States District Court
Southern District of Texas
**ENTERED**
January 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WILLIAM DANIEL BROWDER, TDCJ #00549674, <br><br> Petitioner, <br> VS. <br><br> LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § CIVIL ACTION NO. 3:14-CV-177 <br> CIVIL ACTION NO. 3:14-CV-353 |

### FINAL JUDGMENT

For the reasons set forth in the Court's simultaneously issued *Memorandum Opinion and Order*, the habeas petitions consolidated under Cause Number 3:14-CV-177 are **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on _January 17_, 2017.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE